An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

SHARON JAMIE, AN INDIVIDUAL,
Appellant,
vs.
GENE NORTHUP; SYNERGY
SOTHEBY'S INTERNATIONAL
REALITY; ROB ROY; ADAM FENN; H
& K REALTY; PAUL SILVERSTEIN;
AND MICHAEL SILVERSTEIN,
Respondents.

No. 66758

**FILED**

DEC 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on October 23, 2014, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Adriana Escobar, District Judge
Law Offices of Noggle Law PLLC
David J. Winterton & Associates, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-41977